# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1044

_____

United States of America,    *
                             *
            Appellee,        *
                             *    Appeal from the United States
      v.                     *    District Court for the
                             *    District of Nebraska.
Eduardo Hinojosa, also known as Lalo,    *
                             *    [UNPUBLISHED]
            Appellant.       *

_____

Submitted: February 1, 2007
Filed: February 5, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Eduardo Hinojosa appeals the district court's[1] denial of his motion to reduce his sentence. Having carefully reviewed the record, we find that Hinojosa is not entitled to a sentence reduction based on any subsequent lowering of the sentencing range by the Sentencing Commission. *See* 18 U.S.C. § 3582(c)(2). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.